# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SCOTT BERRINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>S. GATES,<br><br>    Defendant. | Case No. 1:18-cv-00677-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM<br><br>(ECF No. 7)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

    Plaintiff Anthony Scott Berringer, a state prisoner, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On June 11, 2018, the Court found that Plaintiff's complaint failed to state a cognizable claim for relief, and granted plaintiff thirty days to file an amended complaint addressing the deficiencies identified by the Court. (ECF No. 7.) More than thirty days have passed, and Plaintiff has not complied with or otherwise responded to the order.

    Accordingly, it is HEREBY ORDERED that within **twenty-one (21) days** from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed. Plaintiff is warned that the failure to comply with this order will result in a

1

recommendation to a district judge that the action be dismissed for failure to comply with a court order and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: **July 23, 2018**

_____
UNITED STATES MAGISTRATE JUDGE